**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Charles Joseph WOOD, Defendant— Appellant.**

**No. 04–30218.**

United States Court of Appeals, Ninth Circuit.

---

Submitted Sept. 12, 2005.*

Decided Sept. 22, 2005.

Before: REINHARDT, RYMER, and HAWKINS, Circuit Judges.

## MEMORANDUM **

Charles Joseph Wood appeals his 37–month sentence following a guilty-plea to assault with a dangerous weapon, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(3). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

Submitted Sept. 12, 2005.*

Lori Harper Suek, Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff-Appellee.

Evangelo Arvanetes, Federal Defenders of Montana, Great Falls, MT, for Defendant-Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

